ANTHONY H. BLAIDSELL, Appellant, *v.* DANIEL WHITEFORD, Respondent.

THE SAME *v.* FLETCHER B. STORY, Respondent.

THE SAME *v.* JOHN G. WILLIAMSON, Respondent.

THE SAME *v.* HANNAH EDGET, Respondent.

*Summons — form of notice — Code, § 129, sub. 2.*

An action to recover rent upon a lease by the terms of which the rent is to be paid in wheat, is not an action arising on contract for the recovery of money only, and the summons should contain the notice required by subdivision 2 of section 129 of the Code.

APPEALS from orders made in the above entitled actions, striking out the complaint in each, unless the plaintiff should amend the summons so that the notice should be under the first instead of under the second subdivision of section 129 of the Code.

*Matthew Hale*, for the appellant.

*J. A. Griswold*, for the respondents.

Opinion by BOARDMAN, J.

Order reversed with ten dollars costs in first case, and with expenses of printing in all, and motion denied with ten dollars costs in each case.